**BLUMENTHAL, NORDREHAUG & BHOWMIK**
NORMAN B. BLUMENTHAL (SB# 68687)
norm@bamlawca.com
KYLE R. NORDREHAUG (SB# 205975)
kyle@bamlawca.com
2255 Calle Clara
La Jolla, CA  92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BENDON, ROGER BERTRAND, CYNTHIA ELDER, BRYCE EVANS, DAVID PAQUETTE, and EDWIN HERRERA, individuals on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DTG OPERATIONS, INC., and DOES 1 through 50, Inclusive,<br><br>Defendants. | CASE NO. 5:16-00861-FMO-AGR<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Judge:     Hon. Fernando M. Olguin<br>Courtroom:  6D<br><br>Hearing Date: April 20, 2017<br>Hearing Time: 10:00 a.m.<br><br>Date Action Filed:   February 17, 2016 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on April 20, 2016 at 10:00 a.m. in the Central District of the United States District Court, located at the 350 W. 1st Street, 6th Floor, Courtroom 6D, Los Angeles, CA 90012, before the Honorable Fernando M. Olguin, Plaintiffs Michelle Bendon, Roger Bertrand, Cynthia Elder, Bryce Evans, David Paquette, and Edwin Herrera ("Plaintiffs") will move and hereby do move for Preliminary Approval of the proposed Class Settlement in this case. This motion is unopposed as based on the Class Action Settlement Agreement ("Agreement") between the parties filed concurrently with this motion. This motion is unopposed as based on the Agreement between the parties.

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Norman Blumenthal and exhibits thereto, the argument of counsel and upon such other material contained in the file and pleadings of this action. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 14, 2017 at which time the parties agreed on the filing of this unopposed motion.

Respectfully submitted,

Dated: March 17, 2017         BLUMENTHAL, NORDREHAUG & BHOWMIK

By:     */s/ Norman Blumenthal*
        Norman Blumenthal
        Attorneys for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**