1   Robert A Dolinko, State Bar No. 76256
    rdolinko@nixonpeabody.com
2   NIXON PEABODY LLP
    One Embarcadero Center, 18th Floor
3   San Francisco, CA  94111-3600
    Tel: 415-984-8200
4   Fax: 415-984-8300

5   Attorneys for Defendant
    DTG OPERATIONS, INC
6
    BLUMENTHAL, NORDREHAUG &
7   BHOWMIK
    AJ Bhowmik (SB #248066)
8   aj@bamlawlj.com
    2255 Calle Clara
9   La Jolla, CA 92037
    Telephone:  (858)551-1223
10  Facsimile:  (858) 551-1232

11  Attorneys for Plaintiffs
    MICHELLE BENDON, et al.
12

13
                    UNITED STATES DISTRICT COURT
14
                   CENTRAL DISTRICT OF CALIFORNIA
15

16
    MICHELLE BENDON, ROGER              Case No. 5:16-CV-00861-FMO-AGR
17  BERTRAND, CYNTHIA ELDER,
    BRYCE EVANS, DAVID PAQUETTE         **ORDER RE: STIPULATION [40]**
18  and EDWIN HERRERA, individuals on   **CONTINUING HEARING ON**
    behalf of themselves and on behalf of all  **PLAINTIFFS' RENEWED MOTION**
19  other persons similarly situated, ,  **FOR PRELIMINARY APPROVAL**
                                        **OF CLASS SETTLEMENT**
20                      Plaintiff,

21       vs.                            Judge: Hon. Fernando M. Olguin
                                        Courtroom:  6D
22  DTG OPERATIONS, INC., and DOES
    1 through 50, Inclusive,,           Action Filed: February 17, 2016
23
                        Defendant.
24

25

26

27

28

    4846-7526-3819.2

                                             ORDER CONTINUING HEARING ON
                                        MOTION FOR PRELIMINARY APPROVAL

    4231844v.1

1    The parties' joint stipulation to continue the hearing date on Plaintiffs'
2  Renewed Motion for Preliminary Approval of Class Settlement has been reviewed
3  and considered by the Court.  Good cause appearing, IT IS HEREBY ORDERED
4  that the hearing on Plaintiffs' Renewed Motion for Preliminary Approval of Class
5  Settlement is continued from August 17, 2017 to August 24, 2017 at 10:00 a.m.
6  Because the motion is unopposed, there will be no extension of the time for filing
7  and serving opposing or reply papers.

8  Dated:  July 11, 2017

9

10                                           /s/
                                    Fernando M. Olguin
11                                  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4846-7526-3819.2

- 2 -                        ORDER CONTINUING HEARING ON
MOTION FOR PRELIMINARY APPROVAL

4231844v.1