**BLUMENTHAL, NORDREHAUG & BHOWMIK**
Norman B. Blumenthal (State Bar #068687)
Kyle R. Nordrehaug (State Bar #205975)
Aparajit Bhowmik (State Bar #248066)
Piya Mukherjee (State Bar #274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BENDON, ROGER BERTRAND, CYNTHIA ELDER, BRYCE EVANS, DAVID PAQUETTE, and EDWIN HERRERA, individuals on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DTG OPERATIONS, INC., and DOES 1 through 50, Inclusive,<br><br>Defendants. | CASE No. **5:16-00861-FMO-AGR**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS FEES AND COSTS AND SERVICE AWARDS**<br><br>Hearing Date: August 16, 2018<br>Hearing Time: 10:00 a.m.<br><br>Judge: Hon. Fernando M. Olguin<br><br>First Street Courthouse, Courtroom 6D |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

2      **PLEASE TAKE NOTICE THAT** on August 16, 2018, at 10:00 a.m. in the
3  United States District Court for the Central District of California, located at the 350 W.
4  1st Street, 6th Floor, Courtroom 6D, Los Angeles, CA 90012, before the Honorable
5  Fernando M. Olguin, Plaintiffs Michelle Bendon, Roger Bertrand, Cynthia Elder, Bryce
6  Evans, David Paquette, and Edwin Herrera ("Plaintiffs") will move and hereby do move
7  for an order awarding attorneys' fees, litigation expenses and Plaintiffs' service award,
8  in accordance with the Class Action Settlement Agreement ("Agreement") between the
9  parties filed concurrently with this motion.

10     This motion is brought pursuant to the order dated February 27, 2018 [Doc. No.
11 44] and Fed. R. Civ. P. Rule 23(h). The motion will be based on this Notice of Motion,
12 the Memorandum of Points and Authorities, the declarations in support and attached
13 exhibits, the argument of counsel and upon such other material contained in the file and
14 pleadings of this action.

15     To date, there have been no objections received to the request for attorneys' fees,
16 costs and service awards by any member of the Class and Defendant does not oppose the
17 motion.

18     Respectfully submitted,

20 Dated: May 1, 2018        BLUMENTHAL, NORDREHAUG & BHOWMIK

21                       By:    */s/ Norman Blumenthal*
22                               Norman B. Blumenthal
                              Kyle R. Nordrehaug
                              Attorneys for Plaintiffs