1  **BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
   Norman B. Blumenthal (State Bar #068687)
2  Kyle R. Nordrehaug (State Bar #205975)
   Aparajit Bhowmik (State Bar #248066)
3  Piya Mukherjee (State Bar #274217)
   2255 Calle Clara
4  La Jolla, CA 92037
   Telephone: (858)551-1223
5  Facsimile: (858) 551-1232

6  Attorneys for Plaintiffs

7

8

9

10

11          **UNITED STATES DISTRICT COURT**

12          **CENTRAL DISTRICT OF CALIFORNIA**

13

14  MICHELLE BENDON, ROGER              | CASE No. **5:16-00861-FMO-AGR**
    BERTRAND, CYNTHIA ELDER,
15  BRYCE EVANS, DAVID PAQUETTE,
    and EDWIN HERRERA, individuals on   **NOTICE OF MOTION AND**
16  behalf of themselves and on behalf of all   **MOTION FOR FINAL**
    persons similarly situated,         **APPROVAL OF CLASS**
17                                       **SETTLEMENT**
              Plaintiff,
18                                       Hearing Date: August 16, 2018
       v.                                Hearing Time: 10:00 a.m.
19
    DTG OPERATIONS, INC., and DOES 1     Judge: Hon. Fernando M. Olguin
20  through 50, Inclusive,
                                         First Street Courthouse,
21            Defendants.                Courtroom 6D

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on August 16, 2018, at 10:00 a.m. in the United States District Court for the Central District of California, located at the 350 W. 1st Street, 6th Floor, Courtroom 6D, Los Angeles, CA 90012, before the Honorable Fernando M. Olguin, Plaintiffs Michelle Bendon, Roger Bertrand, Cynthia Elder, Bryce Evans, David Paquette, and Edwin Herrera ("Plaintiffs") will move for final approval of the proposed Class Settlement with Defendant DTG Operations, Inc.("Defendant").

This motion is brought in accordance with the Order dated February 27, 2018 [Doc. No. 44] and Fed. R. Civ. P. Rule 23(h). This motion is unopposed and based on the Class Action Settlement Agreement ("Agreement") between the parties filed concurrently with this motion. There have been no objections to the Settlement by any member of the Class.

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Norman Blumenthal and attached exhibits, the Declaration of Mary Butler, the argument of counsel and upon such other material contained in the file and pleadings of this action.

This motion is made following the conference of counsel pursuant to L.R. 7-3 wherein the parties agreed on the filing of this unopposed motion based upon the Agreement.

Respectfully submitted,

Dated: June 18, 2018

BLUMENTHAL NORDREHAUG BHOWMIK
DE BLOUW LLP

By:     */s/ Norman Blumenthal*
Norman B. Blumenthal
Kyle R. Nordrehaug
Attorneys for Plaintiffs and the Class