# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MICHELLE BENDON, ROGER BERTRAND, CYNTHIA ELDER, BRYCE EVANS, DAVID PAQUETTE and EDWIN HERRERA, individuals on behalf of themselves and on behalf of all other persons similarly situated,

v.

DTG OPERATIONS, INC.,

Defendant.

Case No. ED CV 16-0861 FMO (AGRx)

**JUDGMENT**

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement; Approval of Attorney's Fees, Costs & Incentive Award ("Order"), filed contemporaneously with this Judgment, IT IS ADJUDGED THAT:

1. Plaintiffs Michelle Bendon, Roger Bertrand, Cynthia Elder, Bryce Evans, David Paquette, and Edwin Herrera shall be paid an incentive payment of $5,000 each in accordance with the terms of the Settlement Agreement.

2. Class counsel shall be paid $175,000 in attorney's fees, and $15,000 in costs in accordance with the terms of the Settlement Agreement.

3. The Claims Administrator, Simpluris, shall be paid $14,999 for its fees and expenses, in accordance with the terms of the Settlement Agreement.

4. All class members who did not validly and timely request exclusion from the settlement

have released their claims, as set forth in the Settlement Agreement, against any of the released parties (as defined in the Settlement Agreement).

    5. Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.

Dated this 22nd day of August, 2018.

                                                                /s/
                                    Fernando M. Olguin
                              United States District Judge